MARY L. LINCOLN, Appellant, *v.* EMMA M. HINE, Respondent.

*Lincoln* v. *Hine*, 125 App. Div. 912, affirmed.
(Argued May 13, 1909; decided June 1, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered March 11, 1907, affirming a judgment in favor of defendant entered upon a verdict and an order denying a motion for a new trial in an action of ejectment.

*Forrest S. Chilton* for appellant.

*Rollin B. Sanford* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: EDWARD T. BARTLETT, HAIGHT, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ. Absent: CULLEN, Ch. J.